UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FEDERAL TRADE COMMISSION**,
Plaintiff,
v.

**THE DEBT ADVOCACY CENTER, LLC**,
*et al.*,
Defendants.

Case No. 1:09cv2712

**Judge Boyko**
**Magistrate Judge Vecchiarelli**

**Motion for Reconsideration**

Now comes Defendant Edward Davidson and respectfully asks this court to reconsider its order to release only $2,500 upon the following basis:

1. The transcripted agreement allowing the Davidson's to sell and receive the proceeds of the sale of furnishings in an estate sale was predicated solely as a means to give the Davidson's $25,000 to move. It was clearly never intended to liquidate the assets beyond the use of those monies to move.

2. The agreement allowed the Receiver to hold anything above the costs of that sale plus $25,000 was only for the purpose of insuring that any excess funds of the sale were not to be used by the Davidson's.

3. The transcript clearly states that:

    A.  The Davidson's did not have to put up for sale anything they did not wish to sell or any amount of total assets.

    B.  The Davidson's could place any amount of offer price on the assets.

    C.  The Davidson's could accept or reject any offer on the assets

4. The amount which remains unpaid to the Davidson's totals in excess of $8,900.

5. The amount of $8,900 (and not $2,500) should be turned over to the Davidson's.

Whereupon, the Defendant, Edward Davidson, requests that an additional sum of approximately $6,500 be released to him by the Receiver.

**Respectfully Submitted**

Edward Davidson
Pro Se and as General Counsel for Defendants
30 Amante Drive
Easton, CT 06612
216-470-5800
ed@ejd.com