Judge Christopher A. Boyko

Carl B. Stokes United States Court House

801 West Superior Avenue, Courtroom 15B

Cleveland, Ohio 44113

Dear Judge Boyko,

I am writing this letter in regards to the settlement the FTC and myself completed in your office on August 29th, 2011. The order was the stipulated final judgment and order for permanent injunction and settlement of claims as to defendant Kevin McCormick.

My aunt's trust Jean Seng is ready to distribute the last disbursement of funds. I need to cash the check so I can receive my funds agreed to in the settlement for living expenses and legal fees. I have not requested living expenses as of this date.

I will turn over any amount above the 7000.00 to the receiver, less the cost of certified check to the receiver until the FTC commission approves the settlement.

I would like your permission to complete this transaction.

Respectfully Yours,

Kevin McCormick